## IN THE SUPREME COURT OF THE STATE OF MONTANA

_____

IN THE MATTER OF THE AMENDMENT OF )
STANDARDIZED FORMS APPENDED TO ) O R D E R
RULES OF PROCEDURE. )

_____

It has been brought to this Court's attention that the standardized forms appended to various rules of procedure included within the Montana Code Annotated contain incorrect date references to " 19__" whereas the correct date references should be "20__".

Therefore,

IT IS ORDERED that, effective on the date of this order the date references to "19__" in the standardized forms appended to such rules are amended to read "20__", and the Code Commissioner for the State of Montana is directed to correct such references accordingly.

IT IS FURTHER ORDERED that the Clerk of this Court shall prepare and mail copies of this Order to:

The Code Commissioner and Director of Legal Services for the State of Montana;

James H. Goetz, Chairman of the Advisory Commission on Rules of Civil and Appellate Procedure;

The President and Executive Director of the State Bar of Montana with the request that this order be published in the next available issue of _The Montana Lawyer_ and on the State Bar's Webpage;

The State Reporter Publishing Company with the request that this order be published in the _State Reporter;_ and

The State Law Librarian with the request that this order be published on the State Law Library's Webpage.

1

FILED

OCT 2 3 2001

_Ed Smith_
CLERK OF SUPREME COURT
STATE OF MONTANA

DATED this 23rd day of October, 2001.

_Karla M. Gray_
Chief Justice

_Patricia Cotter_

_Jim Rice_

_W. William Leaphart_

Justices